## People of the State of Illinois, Plaintiff-Appellee, v. Melvin Sanders, Defendant-Appellant.

Gen. No. 10,887.

Fourth District.

October 13, 1967.

John T. Taylor, of Monroe & McGaughey, of Decatur, for appellant; Basil G. Greanias, State's Attorney of Macon County, of Decatur (Milo J. See, Jr., of counsel), for appellee. Opinion by JUSTICE TRAPP. Not to be published in full.